# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1987
LT Case No. 2025-MM-001532-A

_____

BRANDON JOSPEH SKINNER,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

_____

On appeal from the County Court for Marion County.
Thomas P. Thompson, III, Judge.

Matthew J. Metz, Public Defender, and Edward J. Weiss,
Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Kurt T.
Koehler, Assistant Attorney General, Daytona Beach, for
Appellee.

July 16, 2026

PER CURIAM.

 AFFIRMED.

EISNAUGLE, BOATWRIGHT, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____